IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 MAY 26 PM 5: 06

ROBERT ~ ~ TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                          No. 04-20180-B

JEFFREY DOTY,

    Defendant.

---

### ORDER ON DEFENDANT'S MOTION TO DECLARE INDIGENCY

---

The Court finds and hereby orders that defendant, Jeffrey Doty, is financially unable to obtain adequate representation for purpose of his appeal to the United States Court of Appeals for the Sixth Circuit in accordance with 18 U.S.C. 3006A(1) and is hereby declared indigent.

_____
JUDGE

May 26, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CR-20180 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT